## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    **BETTY SUE KNOX** | CASE NO.    13-10562 -NPO |
| **DEBTOR(S)** | CHAPTER    7 |

| | |
|---|---|
| **UNITED STATES TRUSTEE** | **PLAINTIFF** |
| vs. | ADVERSARY NO. |
| Betty Sue Knox | DEFENDANT(S) |

### UNITED STATES TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

COMES NOW the United States Trustee for Region 5 ("UST") and files this Complaint Objecting to Discharge in the above-styled and numbered case, and in support thereof will show unto the Court the following:

1. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(J).

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334 and the Order granting automatic reference to this Court.

3. Debtor, Betty Sue Knox, ("DEFENDANT"), is an adult resident citizen of Washington County, Mississippi, and may be served with process by mailing copies of the summons and complaint to the Defendant at 124 Mill Road, Greenville, Mississippi 38701 and by mailing a copy of the summons and complaint to Susan C. Smith, attorney for Defendant, at P. O. Box 1251, Greenville, Mississippi 38702.

4. On or about February 15, 2013, Defendant filed an individual petition for relief pursuant to 11 U.S.C. Chapter 7.

5. Upon information and belief, the UST avers that the Defendant previously filed an individual petition for relief pursuant to 11 U.S.C. Chapter 7 on or about March 17, 2005,

styled *In re Betty Knox,* case# 05-11837 (N.D. Mississippi (Aberdeen) filed March 17, 2005). On or about June 24, 2005, Defendant was granted a discharge in Case Number 05-11837.[1]

### Count 1 - 11 U.S.C. § 727(a)(8)

6. The UST incorporates and re-alleges paragraphs 1 through 5 herein.

7.105 Pursuant to 11 U.S.C. § 727(a)(8), the defendant is prohibited from receiving a discharge in this proceeding.

### Count 2 - 11 U.S.C. §727(a)(4)(A)

8. The UST incorporates and re-alleges paragraphs 1 through 7 herein.

9. The defendant(s) knowingly and fraudulently made a false oath in connection with the above styled and numbered proceeding by failing to disclose the prior 2005 bankruptcy proceeding filed within the eight (8) year period immediately preceding the filing of this case in violation of 11 U.S.C. §727(a)(4)(A).

WHEREFORE, PREMISES CONSIDERED, WHEREFORE, the UST prays for an order denying the defendant(s) a discharge in the above styled proceeding. The United States Trustee also prays for general relief to which entitled in these premises.

RESPECTFULLY SUBMITTED, this the 21st day of May, 2013.

 HENRY G. HOBBS, JR.
 Acting United States Trustee
 Region 5, Judicial Districts
 of Louisiana and Mississippi

 By: */s/ Margaret O. Middleton*
 Margaret O. Middleton
 Trial Attorney

Margaret O. Middleton, Trial Attorney
Office of the U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
Telephone no. (601)965-5244
Facsimile no. (601)965-5226
Miss. Bar no. 103205

---

[1] 1 The current petition does not disclose the Defendant's prior 2005 proceeding.